Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Karin Jacobs, on Behalf of Herself and All Others Similarly Situated,

vs.

THE HERSHEY COMPANY, HERSHEY CANADA INC.; MARS, INC., MARS CANADA INC., MASTERFOODS USA, NESTLE S.A., NESTLE USA, NESTLE CANADA INC., CADBURY SCHWEPPES PLC, CADBURY SCHWEPPES AMERICAS, CADBURY ADAMS USA LLC, CADBURY ADAMS CANADA INC., ITWAL LTD.

FILED
2008 APR -1 PH 2:50
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 0594 JLS CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert J. Gralewski, Jr.
GERGOSIAN & GRALEWSKI LLP
655 West Broadway, Suite 1410
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

APR 01 2008
DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)