**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

(717) 221-3920 FAX (717) 221-3959
Internet Address: www.pamd.uscourts.gov

MARY E. D'ANDREA
Clerk of Court

Scranton: (570) 207-5600
Williamsport: (570) 323-6380

FILED
08 MAY 22 AM 11: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

May 14, 2008

W. Samuel Hamrick, Clerk of Court
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, California 92101

08CV594-JLS(CAB)

RE: MDL No. 1935 - IN RE: Chocolate Confectionary Antitrust Litigation
PA Middle District Master Case NO. 1:08-MDL-1935

Transfer of Civil Cases

Karin Jacobs vs. The Hershey Co., et al.

| Dist. Case # | MDPA Case # |
|---|---|
| 3:CV-08-594 | 1:CV-08-935 |

Dear Mr. Hamrick:

    Attached is a certified copy of a Transfer Order of the Judicial Panel on Multidistrict Litigation filed in the Middle District of Pennsylvania on May 14, 2008, directing the transfer of the above referenced civil action(s) to the Middle District of Pennsylvania pursuant to 28 U.S.C. Section 1407. This matter has been assigned to the Honorable Christopher C. Conner, District Judge, Middle District of Pennsylvania.

    We would prefer to receive your file electronically thru the CM/ECF civil case transfer functionality. Simply use **Extract Civil Case**, add your case number and at the **To Court** prompt, choose **Pennsylvania Middle**. If your court does not utilize the CM/ECF transfer functionality please contact out MDL Clerk, Jill Cardile, at the following e-mail address and the documents will be retrieved using the courts PACER account:

    jill_cardile@pamd.uscourts.gov

    If you have any questions, please call Jill Cardile at (717) 221-3928 or, Pete Welsh at (717) 221-3940.

Sincerely,

MARY E. D'ANDREA, CLERK

*Jill Cardile*
Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

May 12, 2008

Mary E. D'Andrea, Clerk
P.O. Box 983
Harrisburg, PA 17108-0983

**FILED**
**HARRISBURG, PA**

Re: MDL No. 1935 -- IN RE: Chocolate Confectionary Antitrust Litigation

**MAY 1 4 2008**

(See Attached CTO-2)

MARY E. D'ANDREA, CLERK
Per _____

Dear Ms. D'Andrea:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>April 24, 2008</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Thompson
Docket Specialist

Certified from the record
Date 5/14/08
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Attachment

cc: Transferee Judge:   Judge Christopher C. Conner
    Transferor Judges:  (See Attached List of Judges)
    Transferor Clerks:  (See Attached List of Clerks)

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 24 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 1 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION

MDL No. 1935

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On April 7, 2008, the Panel transferred 15 civil actions to the United States District Court for the Middle District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See __F.Supp.2d__ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Christopher C. Conner.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Pennsylvania and assigned to Judge Conner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Pennsylvania for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Christopher C. Conner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY 14 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION                                              MDL No. 1935

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA SOUTHERN
  CAS  3  08-594           Karin Jacobs v. The Hershey Co., et al.

IOWA SOUTHERN
  ~~IAS  4  08-121~~          ~~James Bell v. The Hershey Co., et al.~~  Opposed 5/9/08

ILLINOIS NORTHERN
  ILN  1  08-1689          Cheryl Currie, et al. v. The Hershey Co., et al.

LOUISIANA EASTERN
  LAE  2  08-1217          Long Leaf Vending, Inc. v. The Hershey Co., et al.

NEW JERSEY
  NJ   2  08-1308          Carmen Pellitteri v. The Hershey Co., et al.
  NJ   2  08-1324          T. Levy Associates, etc. v. The Hershey Co., et al.
  NJ   2  08-1327          Dacia Lower v. The Hershey Co., et al.

NEW YORK SOUTHERN
  NYS  1  08-3045          Food Lion, LLC, et al. v. Cadbury Adams Canada, Inc., et al.

PENNSYLVANIA EASTERN
  PAE  2  08-1408          George Patterson v. The Hershey Co., et al.