

PAMDEfilingstat@pamd.uscourts.gov
05/27/2008 10:14 AM

To  InterdistrictTransfer_CASD@casd.uscourts.gov
cc
bcc
Subject  Transferred case has been opened

CASE: 3:08-cv-00594

DETAILS: Case transferred from California Southern has been opened in Middle District of Pennsylvania as case 1:08-cv-00935, filed 05/27/2008.